1  Nicole C. Sasaki (Bar No. 298736)
2  SAN FRANCISCO BAYKEEPER
   1736 Franklin Street, Suite 800
3  Oakland, California 94612
   Telephone: (510) 735-9700
4  Facsimile: (510) 735-9160
5  Email: nicole@baykeeper.org

6  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> GRANITE ROCK COMPANY, a California corporation, <br><br> Defendant. | Civil No. 4:16-cv-01089-KAW <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER <br><br> (Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) <br><br> Honorable Kandis A. Westmore |

Plaintiff San Francisco Baykeeper ("Baykeeper" or "Plaintiff") and Defendant Granite Rock Company ("Granite Rock" or "Defendant") respectfully submit this stipulation as follows:

WHEREAS, Baykeeper and Granite Rock (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, pursuant to a request by Plaintiff (Dkt. 5), the Court set the initial Case Management Conference in this matter for July 26, 2016 at 1:30 p.m., and continued the other deadlines in the case until one week before the Case Management Conference (Dkt. 6);

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next ten (10) weeks.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be continued to September 13, 2016, at 1:30 p.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due no later than one week before the Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be due no later than one week before the Case Management Conference.

///
///
///
///
///

WHEREFORE, the Parties respectfully request the Court to approve and enter the Proposed Order below.

DATE: July 7, 2016                                  Respectfully Submitted,

/s/ Nicole C. Sasaki
_____

NICOLE C. SASAKI
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

DATE: July 7, 2016                                  GRANITE ROCK COMPANY

By:     /s/ Gregory O'Hara
_____

GREGORY O'HARA

Attorney for Defendant
GRANITE ROCK COMPANY

I attest that concurrence in the filing of this document has been obtained from Gregory O'Hara for Granite Rock.

DATE: July 7, 2016                                  SAN FRANCISCO BAYKEEPER

By:     /s/ Nicole C. Sasaki
_____

NICOLE C. SASAKI

Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

---

Stipulation to Continue CMC -- Civil No. 4:16-cv-01089-KAW

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to  9/27/16  at 1:30 p.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date:  7/8/16

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Kandis A. Westmore
United States District Court