1  Erica A. Maharg (Bar No. 279396)
2  Nicole C. Sasaki (Bar No. 298736)
   SAN FRANCISCO BAYKEEPER
3  1736 Franklin Street, Suite 800
   Oakland, California 94612
4  Telephone: (510) 735-9700
   Facsimile: (510) 735-9160
5  Email: erica@baykeeper.org
6  Email: nicole@baykeeper.org

7  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13  SAN FRANCISCO BAYKEEPER, a non-profit          Civil No. 4:16-cv-01089-KAW
14  corporation,

15                         Plaintiff,              SECOND STIPULATION TO CONTINUE
                                                   CASE MANAGEMENT CONFERENCE
16                                                 AND ASSOCIATED DEADLINES;
            v.                                     [PROPOSED] ORDER
17
    GRANITE ROCK COMPANY, a California             (Federal Water Pollution Control Act, 33
18  corporation,                                   U.S.C. § 1251 et seq.)
19
                           Defendant.              Honorable Kandis A. Westmore
20

21

22

23

24

25

26

27

28

Second Stipulation to Continue CMC                      Civil No. 4:16-cv-01089-KAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff San Francisco Baykeeper ("Baykeeper" or "Plaintiff") and Defendant Granite Rock Company ("Granite Rock" or "Defendant") respectfully submit this stipulation as follows:

WHEREAS, Baykeeper and Granite Rock (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, pursuant to a stipulation by the Parties (Dkt. 10), the Court set the initial Case Management Conference in this matter for September 27, 2016 at 1:30 p.m., and continued other deadlines in the case (Dkt. 12);

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next four (4) weeks.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be continued to October 11, 2016, at 1:30 p.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due no later than one week before the Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be due no later than one week before the Case Management Conference.

///
///
///
///
///

1

2

WHEREFORE, the Parties respectfully request the Court to approve and enter the Proposed

Order below.

3

DATE: September 14, 2016                              Respectfully Submitted,

4

/s/ Nicole C. Sasaki

5

6

NICOLE C. SASAKI
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER
DATE: September 14, 2016                              GRANITE ROCK COMPANY

7

8

By:      /s/ Gregory O'Hara

9

GREGORY O'HARA

10

11

Attorney for Defendant
GRANITE ROCK COMPANY

12

I attest that concurrence in the filing of this document has been obtained from Gregory O'Hara

13

for Granite Rock.

14

15

DATE: September 14, 2016                              SAN FRANCISCO BAYKEEPER

16

By:      /s/ Nicole C. Sasaki

17

NICOLE C. SASAKI

18

Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

    1.  The Case Management Conference shall be continued to _____ at 1:30 p.m.

    2.  The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.

    3.  The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.

    4.  The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.


Date: _____          NORTHERN DISTRICT OF CALIFORNIA


_____

Honorable Kandis A. Westmore
United States District Court