1  Erica A. Maharg (Bar No. 279396)
2  Nicole C. Sasaki (Bar No. 298736)
   SAN FRANCISCO BAYKEEPER
3  1736 Franklin Street, Suite 800
   Oakland, California 94612
4  Telephone: (510) 735-9700
5  Facsimile: (510) 735-9160
   Email: erica@baykeeper.org
6  Email: nicole@baykeeper.org

7  Attorneys for Plaintiff
   SAN FRANCISCO BAYKEEPER
8

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   SAN FRANCISCO BAYKEEPER, a non-profit       Civil No. 4:16-cv-01089-KAW
14 corporation,

15              Plaintiff,
                                                SECOND STIPULATION TO CONTINUE
16                                              CASE MANAGEMENT CONFERENCE
                                                AND ASSOCIATED DEADLINES;
17        v.                                    [PROPOSED] ORDER

18 GRANITE ROCK COMPANY, a California
   corporation,                                 (Federal Water Pollution Control Act, 33
19                                              U.S.C. § 1251 *et seq.*)
                Defendant.
20                                              Honorable Kandis A. Westmore

21

22

23

24

25

26

27

28

Plaintiff San Francisco Baykeeper ("Baykeeper" or "Plaintiff") and Defendant Granite Rock Company ("Granite Rock" or "Defendant") respectfully submit this stipulation as follows:

WHEREAS, Baykeeper and Granite Rock (collectively, the "Parties") have been working together in good faith to reach a settlement agreement in this action;

WHEREAS, pursuant to a stipulation by the Parties (Dkt. 10), the Court set the initial Case Management Conference in this matter for September 27, 2016 at 1:30 p.m., and continued other deadlines in the case (Dkt. 12);

WHEREAS, the Parties desire to continue informal negotiations in good faith, and anticipate reaching a final settlement in this action within the next four (4) weeks.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference shall be continued to October 11, 2016, at 1:30 p.m., or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court.

2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be due no later than one week before the Case Management Conference.

3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be due no later than one week before the Case Management Conference.

4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be due no later than one week before the Case Management Conference.

///
///
///
///
///

WHEREFORE, the Parties respectfully request the Court to approve and enter the Proposed Order below.

DATE: September 14, 2016　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Nicole C. Sasaki
　　　　　　　　　　　　　　　　　　　　―――――――――――――――

　　　　　　　　　　　　　　　　　　　　NICOLE C. SASAKI
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO BAYKEEPER

DATE: September 14, 2016　　　　　　　　GRANITE ROCK COMPANY

　　　　　　　　　　　　　　　　By:　　/s/ Gregory O'Hara
　　　　　　　　　　　　　　　　　　　―――――――――――――――

　　　　　　　　　　　　　　　　　　　GREGORY O'HARA

　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　GRANITE ROCK COMPANY

I attest that concurrence in the filing of this document has been obtained from Gregory O'Hara for Granite Rock.

DATE: September 14, 2016　　　　　　　　SAN FRANCISCO BAYKEEPER

　　　　　　　　　　　　　　　　By:　　/s/ Nicole C. Sasaki
　　　　　　　　　　　　　　　　　　　―――――――――――――――

　　　　　　　　　　　　　　　　　　　NICOLE C. SASAKI

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　SAN FRANCISCO BAYKEEPER

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. The Case Management Conference shall be continued to __10/25/16__ at 1:30 p.m.
2. The Parties' ADR certifications and stipulations to ADR process or notices of need for an ADR phone conference shall be filed no later than one week before the Case Management Conference.
3. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than one week before the Case Management Conference.
4. The Parties' initial disclosures or objections in their Rule 26(f) Report shall be filed no later than one week before the Case Management Conference.

IT IS SO ORDERED.

Date: __9/20/16__

NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Kandis A. Westmore
United States District Court