Erica A. Maharg (Bar No. 279396)
Nicole C. Sasaki (Bar No. 298736)
SAN FRANCISCO BAYKEEPER
1736 Franklin St., Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>GRANITE ROCK COMPANY, a California corporation,<br><br>Defendant. | Civil No. 4:16-cv-01089-KAW<br><br>NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Honorable Kandis A. Westmore |

TO THE COURT AND TO THE PARTIES:

PLEASE TAKE NOTICE that Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Granite Rock Company ("Granite Rock") (collectively, the "Parties") have reached a tentative settlement in this action, which has been executed by the Parties. As required by federal law, copies of the [Proposed] Consent Decree have been sent via U.S. Certified Mail to the U.S. Department of Justice and U.S. Environmental Protection Agency (collectively, the "Agencies") for a mandatory 45-day review period under 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5. Upon expiration of the 45-day review period, the Parties will request that the Court (1) approve and execute the [Proposed] Consent Decree, which provides continuing Court jurisdiction over any disputes which may arise between the Parties under the agreement, and (2) approve and execute an Order dismissing the Complaint with prejudice.

Therefore, in light of the settlement and 45-day statutory review period, which ends on approximately November 25, 2016, the Parties respectfully request that the Court vacate from its calendar Defendant's deadline to respond to the complaint on October 14, 2016, and the October 25, 2016 Case Management Conference and associated deadlines, and issue an order that Plaintiff has until December 9, 2016 to file a request to enter the [Proposed] Consent Decree.

WHEREFORE, the Parties respectfully request that the Court approve and enter the [Proposed] Order below.

DATE: October 12, 2016                          Respectfully submitted,

                                                SAN FRANCISCO BAYKEEPER


                                                /s/ Nicole C. Sasaki
                                                _____
                                                Nicole C. Sasaki
                                                Attorneys for Plaintiff
                                                SAN FRANCISCO BAYKEEPER

DATE: October 12, 2016                          GRANITE ROCK COMPANY

                                                      By:    /s/ Gregory O'Hara
                                                                GREGORY O'HARA
                                                                Attorney for Defendant
                                                                GRANITE ROCK COMPANY

     I attest that concurrence in the filing of this document has been obtained from Gregory O'Hara for Granite Rock.

DATE: October 12, 2016                          SAN FRANCISCO BAYKEEPER

                                                                By:    /s/ Nicole C. Sasaki

                                                                NICOLE C. SASAKI

                                                                Attorney for Plaintiff
                                                                SAN FRANCISCO BAYKEEPER

[PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant's deadline to respond to the complaint on October 14, 2016 and the Case Management Conference set for October 25, 2016 and all associated deadlines are vacated. The Court sets December 9, 2016 as the deadline for Plaintiff to file a request to enter the [Proposed] Consent Decree.

IT IS SO ORDERED.

DATE: 10/13/16                              NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Kandis A. Westmore
United States District Court

NOTICE OF SETTLEMENT & STIPULATION TO VACATE TIME TO RESPOND TO COMPLAINT & CMC
Civil No. 4:16-cv-01089-KAW